```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    HECTOR VILLALOBOS
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. 2:10-cr-00147 KJN
                                 )
13             Plaintiff,        )  STIPULATION AND ORDER VACATING
                                 )  TRIAL CONFIRMATION HEARING AND
14      v.                       )  JURY TRIAL AND SETTING CASE FOR
                                 )  NON-EVIDENTIARY HEARING
15  HECTOR VILLALOBUS,           )
                                 )  Date:  May 26, 2010
16             Defendant.        )  Time:  10:00 a.m.
    _____)  Judge: Kendall J. Newman
17
18
19       It is hereby stipulated between the parties, Matthew Stegman,
20  Assistant United States Attorney, attorney for plaintiff, and Lauren D.
21  Cusick, Assistant Federal Defender, attorney for defendant, HECTOR
22  VILLALOBUS that the trial confirmation hearing set for May 26, 2010 and
23  the jury trial set for June 14, 2010 be vacated and a non-evidentiary
24  hearing be set for August 4, 2010 at 10:00 a.m.
25       This continuance is requested for the briefing and resolution of a
26  forthcoming motion to be filed by the defense.
27       The new brief schedule is to be as follows:
28
```

1 | Defense Motion due . . . . . . . . . . . . . . . . . . July 7, 2010
2 | Government Opposition due . . . . . . . . . . . . . July 28, 2010
3 | Defense Reply due . . . . . . . . . . . . . . . . . August 2, 2010
4 | Non-Evidentiary Hearing . . . . . . . August 4, 2010 at 10:00 am.

It is further stipulated that the period from the date of this stipulation through and including July 7, 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, because such time is necessary for the research, writing, and preparation of the defense motion. It is also stipulated that the period between July 7, 2010 and August 4, 2010, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, because of the filing of a pretrial motion.

Dated:  May 25, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        HECTOR VILLALOBUS


Dated:  May 25, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

**O R D E R**

    IT IS SO ORDERED.


Dated:  _May 25_, 2010                  /s/ Kendall J. Newman_____
                                        HON. KENDALL J. NEWMAN
                                        United States Magistrate Judge

2