```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  HEATHER M. THOMAS
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806

 6
                    THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )    2:10-cr-00147-KJN
 9                               )
              Plaintiff,         )    GOVERNMENT'S MOTION TO DISMISS
10                               )    VIOLATION WITH PREJUDICE
         v.                      )    AND [PROPOSED] ORDER
11                               )
    HECTOR VILLALOBUS,           )    DATE: August 4, 2010
12                               )    TIME: 10:00 a.m.
              Defendant.         )    JUDGE: Hon. KENDALL J. NEWMAN
13  _____)

14
         Pursuant to Rule 48(a) of the Federal Rules of Criminal
15
    Procedure, plaintiff United States of America, by and through its
16
    undersigned attorney, hereby moves this Honorable Court for an
17
    Order dismissing 2:10-cr-00147-KJN.
18
    DATED: June 23, 2010              BENJAMIN B. WAGNER
19                                    United States Attorney

20
                                   By: /s/ MATTHEW C. STEGMAN
21                                     MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney
22
                                O R D E R
23
    IT IS SO ORDERED, the Information is dismissed and the Evidentiary
24
    Hearing set for 8/4/2010 is VACATED.
25
    DATED: June 24, 2010
26                                     /s/ Kendall J. Newman
                                       Hon. Kendall J. Newman
27                                     United States Magistrate Judge

28
```